7866.  MASSILLON ENGINE & THRESHER COMPANY *v.* BURNETT.

LUKE, J.  1.  An instrument in the usual form of a security deed under section 3306 of the Civil Code of 1910, but containing a clause providing that should the grantor "faithfully perform and keep all the covenants and agreements herein set out, this conveyance shall cease, determine, and be void," is a mortgage, and not a deed.  *Burckhalter* v. *Planters Loan & Savings Bank*, 100 *Ga.* 428, 432 (28 S. E. 236); *Scott* v. *Hughes*, 124 *Ga.* 1000 (53 S. E. 453).

2.  Especially is the instrument construed in this case a mortgage and not a deed passing title, because its first words are:  "This mortgage, made this the 18th day of September, 1915," and in several other places therein it is described as "this mortgage;" *indicating that it was the intention of the parties that the instrument be construed to be a mortgage.*

3.  The construction of the contract upon which the claimant based title being the only question presented for determination, and the trial court having correctly construed the instrument to be a mortgage and not a deed, the court did not err in overruling the certiorari.

> *Judgment affirmed.  Wade, C. J., and George, J., concur.*
> DECIDED MARCH 16, 1917.

Certiorari; from Gordon superior court—Judge Fite.  September 1, 1916.

*A. L. Henson,* for plaintiff.    *J. G. B. Erwin Jr.,* for defendant.